## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

### Baltimore Division

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **GERALDINE BUSHEE** | * | **Chapter 7** |
| | * | **Case Number: 13-13849 JFS** |
| Debtor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | * | |
| **GERALDINE BUSHEE** | * | |
| | * | |
| Movant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTOR'S MOTION TO CONSOLIDATE DUPLICATE FILINGS

GERALDINE BUSHEE, Debtor/Movant, by and through her attorney, Cathleen F. Ward, Esq. and Ward Pratz & Associates, P.A., hereby moves this Honorable Court to consolidate duplicate filings and respectfully represents that:

1. On March 5, 2013, the undersigned, on behalf of Debtor Geraldine Bushee, attempted to file a Voluntary Petition under Chapter 7 of the Bankruptcy Code, 11 U.S.C. *et seq.*

2. During the upload process, a malfunction occurred resulting in the case file being reported as not having been completely loaded, nor having been assigned a case number. However, CM/ECF payment was requested, and provided, for the upload.

3. A PACER search did not reflect the case as having been uploaded.

4. The case file was uploaded a second time to ensure receipt of the Petition. The case was assigned case number 13-13849. No payment was made for this filing.

5. Subsequently, the prior case file upload was identified and assigned case number 13-13846. The payment made was credited to this file.

6. Presently both cases are proceeding in the ordinary course.

WHEREFORE, Geraldine Bushee, Debtor/Movant, respectfully requests that this Honorable Court:

        A.      Consolidate the duplicate case filings under case number 13-13846; and,

      B.     Strike case number 13-13489; and,

      C.     Credit the CM/ECF filing fee payment made on March 5, 2013 to the consolidated case; and,

      B.     Award to the Debtors/Movants such other and further relief as is just and proper.

Respectfully Submitted,

Date:  March 7, 2013

/s/ Cathleen F. Ward, Esq.
Cathleen F. Ward, Esq. (Bar No. 09123)
Ward Pratz & Associates, P.A.
308 Crain Highway, 308
Glen Burnie, MD 21061
Tel:    410-590-7700
Fax:    410-590-9700
Email: catward@wardpratz.com
*Attorney for Debtor*