

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Geraldine Bushee | * | Case No.   13-13849 JFS |
| | * | Chapter   7 |
| | * | |
| Debtor(s) | * | |

**********************************

| | | |
|---|---|---|
| In Re: | * | |
| Geraldine Bushee | * | Case No.   13-13846-NVA |
| | * | Chapter   7 |
| | * | |
| Debtor(s) | * | |

### ORDER CONSOLIDATING DEBTOR(S)' CASES

    This matter comes before the Court on the report of the Clerk advising that Geraldine Bushee has/have filed a second Chapter 7 case in this Court, No. 13-13849 JFS. The first case, No 13-13846 NVA, was filed on March 5, 2013, and is now pending before the Court.  Federal Bankruptcy Rule 1015(a) provides:

    (a) <u>Cases Involving Same Debtor.</u>  If two or more petitions by, regarding, or against the same debtor are pending in the same court, the court may order consolidation of the cases.

Therefore, pursuant to that Rule, the Court hereby consolidates the two cases under the former number, Case No. 13-13846-NVA.

    SO ORDERED.

cc:     All Creditors and
           Parties in Interest - See Attached List

**End of Order**

Jtadm-27.2 --  3/12/12